# Exhibit A

June 12, 2025 Termination Letter

*Issued by The Fertility Center*



# The Fertility Center
*Families Happen Here*

Date: June 12, 2025

Valerie I. Shavell, MD
Emma Giuliani, MD
Mili Thakur, MD
Gary Jones, MD
Sarah Bjorkman, MD
Shana Broxup, PA-C
Melissa Prins, PA-C

www.fertilitycentermi.com

3230 Eagle Park Drive NE
Suite 100
Grand Rapids, MI 49525
P 616 988.2229
F 616 988.2010

317 South Drake Road
Suite B
Kalamazoo, MI 49009
P 269 324.5100
F 269 324.5041

1100 S. Cedar Street
Suite B
Mason, MI 48854
P 616 988.2229

2810 Charlevoix Ave.
Suite 104
Petoskey, MI 49770
P 231 487.0970
F 231 487.0979

Dear Vicktoria and Alan,

I am writing this letter because sometimes medical practices cannot fulfill the needs of specific patients. No matter how hard we try, patients occasionally will have different expectations that we cannot meet. Your recent discussions and demands with me and our staff make us believe that our practice is not the correct place for you to plan further fertility care.

We strive to make every patient feel supported through their fertility care. While we want every patient to be successful, we also value mutual respect and realistic expectations that not all IVF cycles are successful. We fully understand how stressful the treatment of infertility can be, but we cannot manage your personal expectations.

Your tone and lack of trust towards our staff is not acceptable. You have broken the medical practice -patient trust beyond repair. For this reason and others, we are asking that you seek further fertility care at another practice. While we had hoped to complete your fertility journey with you, we wish you the best and hope that you have a successful outcome.

Please complete the attached medical records release form and we will transfer your medical records at no cost to you. Please also prepare to transfer your cryopreserved embryo to a qualified IVF Lab within 90 days.

We will be available for 30 days from the date of this letter for any medical emergencies. There are many qualified fertility practices in the area. The American Society for Reproductive Medicine website at ASRM.org will be helpful in finding another fertility practice.

Respectfully,

*Dawn Stiles* Practice Administrator

The Fertility Center