UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VICKTORIA GOCHA and ALAN J. GOCHA,**  *Plaintiffs,*  v.  **MICHIGAN REPRODUCTIVE AND IVF CENTER, P.C. d/b/a The Fertility Center, DR. VALERIE SHAVELL, DR. EMMA GIULIANI, DAWN STILES, and JOHN DOE 1,**  *Defendants.* | Case No. 1:25-cv-00665  Hon. Chief Judge Hala Y. Jarbou Magistrate Judge Phillip J. Green |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ALAN J. GOCHA

**NOW COMES** Lisa E. Gocha, currently appearing as counsel of record for Plaintiff Alan J. Gocha ("Alan"), and respectfully moves this Court for an Order permitting her withdrawal as counsel. In support of this Motion, the undersigned states as follows:

Lisa E. Gocha is currently listed as counsel of record for Plaintiffs Vicktoria Gocha ("Vicktoria") and Alan in this matter.

Alan intends to proceed pro se in this action and will be filing the appropriate Notice of Pro Se Appearance contemporaneously or shortly following this Motion.

No prejudice will result from this withdrawal, as Alan will continue to represent his interests in this litigation and is familiar with the proceedings.

The undersigned has taken reasonable steps to avoid foreseeable prejudice, including providing Plaintiff with case materials and deadlines and advising of all obligations under the applicable rules.

The undersigned makes this request in good faith and not for purposes of delay.

The undersigned will remain as counsel of record for Vicktoria.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court enter an Order:

A. Granting this Motion and permitting Lisa E. Gocha to withdraw as counsel for Plaintiff Alan J. Gocha;

B. Directing the Clerk to update the docket to reflect Plaintiff Alan J. Gocha's forthcoming pro se status; and

C. Granting any other relief the Court deems just and proper.

                                                  Respectfully Submitted,

Date: July 3, 2025                            /s/ Lisa E. Gocha
                                                  Lisa E. Gocha (P42100)
                                                  PO Box 398
                                                  Hudsonville, MI 49426
                                                  LGChapter7@yahoo.com
                                                  (616) 797-4206
                                                  *Attorney for Vicktoria Gocha*

                                                  Consented to by:

                                                  /s/ Alan J. Gocha
                                                  Alan J. Gocha (P80972)
                                                  PO Box 398
                                                  Hudsonville, MI 49426
                                                  alanjgocha@OffLabelLaw.com
                                                  (248) 505-4670
                                                  *Pro Se*